GARY M. RESTAINO
United States Attorney
District of Arizona
Louis Manzo
Special Assistant U.S. Attorney
Massachusetts Bar No. 688337
1400 New York Ave. NW
Washington,
Telephone: 202-262-6570
Email: louis.manzo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 22-mj-05032 |
|---|---|
| Plaintiff, | **Notice of Appearance** |
| vs. | |
| Edward Vallejo, | |
| Defendant. | |

    Now comes the United States of America, by and through its undersigned attorneys, Special Assistant United States Attorney Louis Manzo and Assistant United States Attorney Troy Edwards, hereby inform the Court that they are entering their appearance in the above-captioned matter as counsel for the United States.

    Respectfully submitted this January 18, 2022.

                                           GARY M. RESTAINO
                                           United States Attorney
                                           District of Arizona

                                            /s/
                                           Louis Manzo
                                           Special Assistant U.S. Attorney
                                           Mass Bar No. 688337
                                           1400 New York Ave.
                                           Washington, D.C. 20530
                                           202-262-6570
                                           Louis.manzo@usdoj.gov

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/
Troy Edwards
Assistant U.S. Attorney
N.Y. Bar No. 5453741
555 4th Street NW
Washington, D.C. 20530
202-262-6570
Troy.edwards@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Debbie Jang

 /s/
SAUSA
Louis Manzo
U.S. Attorney's Office